**MOTION TO IMMEDIATELY FILE BRIEF OUT OF TIME**

**IN THE TWELFTH COURT OF APPEALS OF THE STATE OF TEXAS**

FILED IN COURT OF APPEALS
12th Court of Appeals District

JAN 2 7 2017

TYLER, TEXAS
PAM ESTES, CLERK

| | | |
|---|---|---|
| Grady L. Muhammad a/k/a Grady L. Choice | ) ) ) | |
| Plaintiff-Appellee | ) ) | Court of Appeals Case No.: 12-16-00189 |
| VS. | ) ) ) | |
| Plains Pipeline, L.P., A Limited Texas Partnership | ) ) ) | |
| Defendant-Appellant | ) ) | |

**MOTION TO IMMEDIATELY FILE BRIEF OUT OF TIME**

1. **Background.** The appellee's brief was due on December 20, 2016, and that day has passed. The appellee has asked for and received three prior extension of time to file brief.
2. **Authority.**     Pursuant to Rule 26(b)
3. **Reason.**      The appellee is a truck driver and the only family member now in a financial position to hire an attorney or find services that could aid him with this case. The appellee was not able to hire an attorney and was on the road working and the assistance and his niece whom are helping him, was not able to receive mail from the court of the date to file was December 20, 2016 not December 21, 2016.

Because of this, appellee ask for permission to file the brief immediately

> Respectfully submitted
>
> Grady L. Muhammad
> a/k/a Grady L. Choice
> 4939 CR 4317
> Larue, Texas 75770

**COURT OF APPEALS CASE NO.:12-16-00189**

**REQUEST FOR ORAL ARGUMENT**

## CERTIFICATE OF SERVICE

## Court of Appeal Case Number 12-16-00189 CV

The undersigned hereby certifies that on Friday, January 27, 2017, a copy of the foregoing response was served on the following counsel for Plains Pipeline, L.P. Counsel for Respondent received Certificate of Service for The Brief, Motion to Immediately File Brief and Request for Oral Arguments via fax to 210-249-3201.

Ross Molina Oliveros, P.C.
4118 Pond Hill Road, Ste#100
San Antonio, Texas 78231

**(VERIFICATION REQUIRED IF SERVICE IS BY A PERSON OTHER THAN A PARTY OR PARTY'S ATTORNEY)**

I declare under penalty of perjury that the information in this Certificate of Conference is true and correct.

Signed on January 27, 2017 in _Smith_, County, Texas

Signature of Person Providing Notice
Printed Name: _Angela Choice-Jefferson_
Address: _3491 CR 415, Tyler, Tx 75704_
Date of Birth: _9-13-1967_